1
2
3    UNITED STATES DISTRICT COURT
4    DISTRICT OF NEVADA
5    * * *
6    DAVID BELLO,                                    Case No. 2:23-cv-00827-MMD-BNW
7                                   Plaintiff,       ORDER
8         v.
     CLAUDIA NOYOLA,
9
                                   Defendant.
10

11         Before the Court is the Report and Recommendation ("R&R") of United States

12   Magistrate Judge Brenda Weksler (ECF No. 2), recommending that the Court dismiss this

13   action for lack of subject matter jurisdiction. Plaintiff David Bello had until June 14, 2023

14   to file an objection. To date, no objection to the R&R has been filed. For this reason, and

15   as explained below, the Court adopts the R&R in full and dismisses this action.

16         Because there is no objection, the Court need not conduct de novo review and is

17   satisfied Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d

18   1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and

19   recommendations is required if, but *only* if, one or both parties file objections to the

20   findings and recommendations.") (emphasis in original). Here, Judge Weksler

21   recommends dismissing this action with prejudice because the Court lacks subject matter

22   jurisdiction over Bello's request for assistance in obtaining custody over his children. (ECF

23   No. 2 at 2-3.) The Court agrees with Judge Weksler. Having reviewed the R&R and the

24   record in this case, the Court will adopt the R&R in full.

25         It is therefore ordered that Judge Weksler's Report and Recommendation (ECF

26   No. 2) is accepted and adopted in full.

27         It is further ordered that this action is dismissed with prejudice.

28         The Clerk of Court is directed to enter judgment accordingly and close this case.

1

DATED THIS 15th Day of June 2023.

2

3

_____

4

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28